UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


RONALD T. COURVILLE, ET AL

                                        CIVIL ACTION

VERSUS

                                        NUMBER 09-136-RET-SCR

NATIONAL FREIGHT, INC., ET AL


**ORDER ON MOTION TO EXTEND DEADLINES**

Before the court is the Plaintiffs' Ex Parte Motion to Extend Deadlines.   Record document number 14.

Plaintiffs filed a motion to compel discovery on September 11, 2009,[1] which has been set for oral argument on October 19, 2009, which is after the October 15, 2009 deadline for the plaintiffs to identify their experts witnesses.[2]  Plaintiffs sought a 60-day extension of the scheduling order deadlines.  Defendants filed an opposition to the motion to compel discovery.[3]

Rule 16, Fed.R.Civ.P., requires the party seeking the extension of a scheduling order deadline to make a showing of good cause.  Whether the plaintiffs have shown good cause will depend, in part, on the outcome of their motion to compel discovery.  Furthermore, the fact that the plaintiffs show good cause does not automatically result in an extension of any scheduling order

---

[1] Record document number 12.

[2] Record document number 13.

[3] Record document number 15.

deadline for the benefit of the defendants.   Good cause for one party is not necessarily good cause for all parties.

Therefore;

IT IS ORDERED that the ruling on the Plaintiffs' Ex Parte Motion to Extend Deadlines is deferred until after the court rules on the plaintiffs' motion to compel discovery.

In the interim, the parties are strongly encouraged to proceed with their discovery, including the identification of expert witnesses, to the extent they can do so.

Baton Rouge, Louisiana, September 23, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE