UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD T. COURVILLE, SR., ET AL

VERSUS

NATIONAL FREIGHT, INC., ET AL

CIVIL ACTION

NO. 09-136

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 17, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' Motion to Remand is denied.

Baton Rouge, Louisiana, May 9th, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA